IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE NATHAN JACKSON, JR.; and
CHANDRA LYONS J. JACKSON                                              PLAINTIFFS

v.                          Case No. 2:12-CV-02306

DISTRICT COURT JUDGE CLAIRE BORENGASSER,
Sebastian County; and JANET MATLOCK, Chuck
Fawcett Realty                                                        DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 3) filed in this case on December 6, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's timely filed objections (Doc. 4).

Plaintiff has filed four other lawsuits before this Court arising from substantially the same facts alleged in the Complaint in this case. (Case nos. 12-2218, 12-2295, 12-2305, and 12-2307). All cases have either been dismissed or have a Report and Recommendation pending recommending dismissal. Plaintiff has filed identical objections in this case and in cases 12-2305 and 12-2307. The Court has reviewed Plaintiff's objections, which appear to state that Plaintiff wishes her various lawsuits to be filed in a different court and that she will be retaining an attorney. The Court cannot discern any objections to the Magistrate's findings or recommendations that would persuade the Court that the Report and Recommendation should not be adopted.

Therefore, having reviewed this case and, being well and sufficiently advised, the Court finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Plaintiff's Motion for Leave to proceed *in forma pauperis* (Doc. 2) is **DENIED** and Plaintiffs' Complaint is

DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Because Plaintiff has filed numerous cases with this Court that have been found to be subject to dismissal upon initial review, the Court cautions Plaintiff to read the Report and Recommendation herein adopted by this Court and to consider the law cited therein before filing any more cases.

IT IS SO ORDERED this 12th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE