IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE NATHAN JACKSON, JR.; and
CHANDRA LYONS J. JACKSON                                              PLAINTIFFS

v.                              Case No. 2:12-CV-02306

DISTRICT COURT JUDGE CLAIRE BORENGASSER,
Sebastian County; and JANET MATLOCK, Chuck Fawcett Realty           DEFENDANTS

**ORDER**

Currently before the Court is Plaintiffs' motion (Doc. 6) for reconsideration. On February 12, 2013, the Court entered an Order (Doc. 5) adopting the Report and Recommendations (Doc. 3) filed by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas, on December 6, 2012. The Order dismissed Plaintiff's complaint without prejudice for lack of jurisdiction. For the reasons stated below, Plaintiff's Motion for Reconsideration of this Order is **DENIED.**

Under Rule 60(b), a party may be relieved from an order of the Court under certain enumerated circumstances, including the existence of "mistake, inadvertence, surprise, or excusable neglect" or "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(1) and (6). Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." *United States v. Young*, 806 F.2d 805, 806 (8th Cir. 1986). None of the circumstances envisioned by Rule 60(b) for finding that reconsideration may be warranted are present in this case, and relief is not otherwise justified. Plaintiff does not even address the Court's finding that it lacked jurisdiction to address her claims.

For the reasons set forth above, **IT IS ORDERED** that Plaintiff's Motion for

-1-

Reconsideration (Doc. 6) is **DENIED**.

 IT IS SO ORDERED this 16th day of September, 2013.

                */s/P. K. Holmes,* III
                P.K. HOLMES, III
                CHIEF U.S. DISTRICT JUDGE